UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION
www.flnb.uscourts.gov

IN RE:                                                  Case No. 18-31114-KKS
Theresa Bryant Wallace,                      Chapter 7

_____Debtor._____/

### ORDER GRANTING
### MOTION FOR RELIEF FROM THE AUTOMATIC STAY (DOC. NO. 18)
### (RE: 3124 J.W. Hollington Road, Freeport, FL 32439)

**THIS** case came on for consideration upon the Motion of Creditor, Trustmark National Bank, seeking relief of the automatic stay. The Motion for Relief from the Automatic Stay (Doc. No. 18) was filed and served according to Local Rule 2002-2 and Bankruptcy Rule 4001. The Trustee having withdrawn its Objection (Doc. No. 21) and having filed a Report of No Distribution (Doc. No. 30), and no other party having filed an objection with the proscribed time period, the Court considers this matter unopposed.

**IT IS ORDERED**:

1. That the Motion for Relief from the Automatic Stay granted.

2. This order grants relief from the automatic stay and authorizes the commencement or continuation of any judicial foreclosure proceeding, short sale, or deed in lieu of foreclosure against the following described real property:

19-317493

A PARCEL OF LAND LYING IN THE SOUTHEAST 1/4 OF SECTION 4, TOWNSHIP 1 SOUTH, RANGE 18 WEST, WALTON COUNTY, FLORIDA, BEING BOUNDED ON THE NORTH BY LAFAYETTE CREEK AND BOUNDED ON THE SOUTH BY THE NORTH LINE OF A 66 FOOT RIGHT-OF-WAY WHICH THE CENTERLINE IS THE SOUTH LINE OF SAID SECTION 4, BEING MORE PARTICULARLY DESCRIBED AS FOLLOWS: COMMENCE AT THE CONCRETE MONUMENT MARKING THE SOUTHEAST CORNER OF SAID SECTION 4; THENCE RUN N 01 DEGREES 15' 29"E ALONG THE EAST LINE THEREOF 33.00 FEET TO THE NORTH LINE OF AFORESAID 66 FOOT RIGHT-OF-WAY; THENCE DEPARTING SAID EAST LINE RUN N 88 DEGREES 25' 55"W ALONG SAID NORTH RIGHT-OF-WAY AND PARALLEL TO SAID SOUTH SECTION LINE 893.87 FEET TO THE POINT OF BEGINNING; THENCE CONTINUE N 88 DEGREES 25' 55"W ALONG SAID RIGHT-OF-WAY LINE 250.00 FEET; THENCE DEPARTING SAID RIGHT-OF-WAY RUN N 01 DEGREES 15' 30"E 904 FEET MORE OR LESS, TO THE CENTERLINE OF SAID LAFAYETTE CREEK; THENCE MEANDER SAID CREEK EAST, SOUTHEASTERLY 257 FEET, MORE OR LESS, TO ITS INTERSECTION WITH A LINE BEARING N 01 DEGREES 15' 30'1E FROM THE POINT OF BEGINNING; THENCE DEPARTING SAID CREEK RUN S 01 DEGREES 15' 30"W 840 FEET, MORE OR LESS TO THE POINT OF BEGINNING.

2001 FLEETWOOD EAGLE TRACE MOBILE HOME ID # GAFLY54AB6135-BT22 AND ID # GAFLY54BB6135-BT22.

Said property also bears a common address of 3124 J.W. Hollington Road,

Freeport, FL 32439

3. That movant shall not seek or obtain an *in personam* judgment against the Debtor.

**DONE AND ORDERED** on ⎯February 22, 2019⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯.

⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
KAREN K. SPECIE
U.S. Bankruptcy Judge

Attorney Lindsey Savastano is directed to service a copy of this order on interested parties and file a certificate of service within 3 business days of entry of this order.

Order Prepared by: Lindsey Savastano

Page **3** of **3**
19-317493